IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:09CR3066** |
| vs. | |
| LUIS HUMBERTO AVENDANO, | **ORDER** |
| Defendant. | |

Defendant Luis Humberto Avendano appeared by summons before the court on Tuesday, January 2, 2018, on a Petition for Warrant or Summons for Offender Under Supervision [46]. Defendant was represented by Assistant Federal Public Defender, Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney, Michael P. Norris. Defendant was not is custody, and therefore not entitled to a preliminary examination. Defendant was released on the current terms and conditions of supervision.

The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 1, 2018, at 9:30 a.m. Defendant must be present in person.

2. Defendant is released on the current terms and conditions of supervision.

Dated this 2nd day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge